UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE: Gai Thi Mulville

Case No. 18-50349-mlo
Judge OXHOLM
Chapter 13

CERTIFICATE OF SERVICE

I, Sue Berkowitz, hereby swear under penalty of perjury, that on the date indicated below, I did serve copies of all the following documents filed in the above captioned case:

1. CHAPTER 13 PLAN

on the following parties, by mailing said copies by first class U.S. mail with fully prepaid postage affixed, addressed to each of said parties or through electronic means if applicable, as follows:

SEE ATTACHED PACER MATRIX

Dated: August 7, 2018

/s/ Sue Berkowitz .
Sue Berkowitz
29777 Telegraph Road, Suite 2203
Southfield, MI 48034
(248) 559-6930
Marshalld.schultz@gmail.com

| Label Matrix for local noticing<br>0645-2<br>Case 18-50349-mlo<br>Eastern District of Michigan<br>Detroit<br>Tue Aug  7 12:35:28 EDT 2018 | Account Services Colls<br>1802 Ne Loop 410 Ste 400<br>San Antonio, TX 78217-5298 | Barclays Bank Delaware<br>Po Box 8803<br>Wilmington, DE 19899-8803 |
|---|---|---|
| CCAP Auto lease Ltd.<br>PO BOX 961272<br>Fort Worth, TX 76161-0272 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Capital One<br>Po Box 26625<br>Richmond, VA 23261-6625 |
| Celco Ltd<br>1140 Terex Rd<br>Hudson, OH 44236-3771 | Credit Union One<br>400 E 9 Mile Rd<br>Ferndale, MI 48220-1774 | First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104-4868 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Macomb Township Water Dept.<br>5411 Broughton<br>Macomb, MI 48042 | Mortgage Center<br>29621 Northwestern Hwy.<br>Southfield, MI 48034-1033 |
| Gai Thi Mulville<br>46148 Butte<br>Macomb, MI 48044-3139 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Rev-1 Solutions, Llc<br>517 Us Highway 31 N<br>Greenwood, IN 46142-3932 |
| Marshall D. Schultz<br>29777 Telegraph Road<br>Suite 2203<br>Southfield, MI 48034-7639 | St. John Providence<br>PO Box 42008<br>Phoenix, AZ 85080-2008 | Syncb/jcp<br>Po Box 965007<br>Orlando, FL 32896-5007 |
| Syncb/lowes<br>Po Box 965005<br>Orlando, FL 32896-5005 | Synchrony Bank/ABC Wearhouse<br>PO Box 965061<br>Orlando, FL 32896-5061 | Tammy L. Terry<br>Buhl Building<br>535 Griswold<br>Suite 2100<br>Detroit, MI 48226-3681 |
| The Huntington Natl Ba<br>Po Box 1558<br>Columbus, OH 43216-1558 | U.S. Attorney<br>Civil Division<br>Internal Revenue Service<br>211 W. Fort Street  #2001<br>Detroit, MI 48226-3220 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Capital One<br>15000 Capital One Dr<br>Richmond, VA 23238 | End of Label Matrix<br>Mailable recipients    22<br>Bypassed recipients     0<br>Total                   22 |
|---|---|