United States Bankruptcy Court
Eastern District of Michigan

In re: GAI THI MULVILLE	CASE No. 18-50349
	Judge: OXHOLM

Debtors.
_____/

### Debtor's Chapter 13 Confirmation Hearing Certificate
[To be completed fully]

At the next confirmation hearing in this case, the debtor intends to: [Check ONE of the following]

1. __ Request confirmation of the debtor's plan, because all timely objections of creditors and the trustee have been resolved.  I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order.

2. __ Request confirmation of the debtor's plan, even though all timely objections have not been resolved.  I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order.  The parties are at an impasse in attempting to resolve these objections despite all reasonable efforts.  The following are: (a) the parties whose timely objections have not been resolved; (b) their unresolved objections; and (c) the legal and factual issues that must be resolved by the Court in connection with confirmation.

3. _X_ Request an adjournment of the confirmation hearing to future date, due to the following good cause:  The Debtor requests an adjournment to improve the pay history and resolve the objections to confirmation.
   Trustee's Objections:
   1. The Trustee requests an amended Plan – The Debtor will amend.
   2. The Trustee requests verification of value – The Debtor will provide.
   3. The Trustee objects to Schedule G – The Debtor will amend.
   4. The Trustee requests a P/L Statement – The Debtor will provide.
   5. The Trustee requests the business questionnaire – The Debtor will provide.
   6. The Trustee objects for failure to provide an income tax deduction – The Debtor will amend if necessary.
   7. The Trustee objects to expenses – The Debtor will provide verification of expenses.

      **Creditor:    Santander Consumer USA**
      **Objection: Creditor objects to the treatment of their claim – The Debtor will amend the Plan.**

**4. \_\_\_ Dismiss the case. [The Court will construe this as a motion by the debtor to dismiss the case under Fed.R.Bankr.P. 1017(f)(2), and the Court will enter an order of dismissal and the case will be removed from the docket, unless the case was previously converted from Chapter 7, 11, or 12 to Chapter 13. In that event, a separate motion to dismiss must be filed within 10 days.]**

**5. \_\_\_ Convert the case to chapter 7. [The debtor must promptly file a separate notice of conversion under Fed.R.Bankr.P. 1017(f)(3), and pay the filing fee for such notice. Such notice of conversion will cause the case to be converted without the entry of an order of conversion.]**

 **/s/ Marshall D. Schultz**
**Marshall D. Schultz (P38040)**
**Debtor's Attorney**
**29777 Telegraph Road, Ste 2203**
**Southfield, MI 48034**
**248-559-6930**
**marshalld.schultz@gmail.com**